# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CORINTHEUS M. ASH,

    Petitioner,

v.                                  CASE NO. 5:18cv2-MCR-HTC

MARK S. INCH,

    Respondent.

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 18, 2020. ECF No. 24. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 24, is adopted and incorporated by reference in this Order.

2. The amended petition under 28 U.S.C. § 2254, ECF No. 14, is DENIED.

3. A certificate of appealability is DENIED.

4. The Clerk is directed to close this matter.

**DONE AND ORDERED** this 22nd day of May 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**